IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN GARRETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-242-RAH-SMD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On June 20, 2024, the Magistrate Judge filed a Recommendation (Doc. 10) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) The Recommendation (Doc. 10) of the Magistrate Judge is ADOPTED.

(2) The 28 U.S.C. § 2255 motion (Doc. 1) is GRANTED to the extent that Petitioner Justin Garrett seeks to file an out-of-time appeal based on his meritorious claim that his counsel rendered ineffective assistance by failing to file a direct appeal when asked to do so;

(3) This Court will vacate the judgment entered against Garrett in Case No. 3:22-cr-97-RAH-SMD (Doc. 367) by separate order in the criminal case;

(4) For the purpose of allowing Garrett to pursue his appeal, simultaneous with the entry of this Order, a new judgment will be reentered in the criminal case (3:22-cr-97-RAH-SMD). This reentered judgment shall reimpose the

same sentence, identical in all respects to the original judgment, save only for the date of imposition and entry, which shall reflect today's date;

(5) Garrett is advised that he must file any notice of appeal from the reentered judgment within the 14-day period provided under Rule 4(b)(1)(A)(i) of the Federal Rules of Appellate Procedure;

(6) Garrett is advised that he has the right to appeal from the reentered judgment in the criminal case.

DONE, on this the 27th day of September 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE